UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: Lawrence Eugene Clark                             CASE NO.: 11-80691
       Elizabeth Ann Clark

## CHAPTER 13 PLAN

I. Debtor proposes to pay by payroll deduction into the Chapter 13 Plan monthly payments of $800 for twelve months (12), then $1,340 for forty-eight (48) months for a total of sixty (60) months.

II. Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| Ocwen Loan Servicing LLC collateral - House & 2.5 acres of land located at 810 Tarpley Road Pollock, LA | $97,476.00 | $825.00 |

III. Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride shall receive attorney and administrative fees of $2,800.00 The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

**1. Real Property:**

Ocwen Loan Servicing, LLC: collateral - house & 2.5 acres located at 810 Tarpley Road, Pollock, LA; pre-petition arrearage in the amount of $1,651 for the month of May, 2011. The next scheduled direct payment by debtors shall be due June, 2011.

**2. Personal Property:**

Ford Motor Credit: collateral - 2003 Ford Escape; estimated secured claim of $2,050 to be paid with interest at 6%.

HSBC/Yamaha: collateral - 2009 Yamaha ATV; estimated secured claim of $2,968 to be paid with interest at 6%.

Santander Consumer USA: collateral - 2007 Ford Fusion; estimated secured claim of $12,800 to be paid with interest at 6%.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

Internal Revenue Service                                    $3,700.00

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims listed on Schedule F as unsecured, as undersecured on Schedules D and E, or listed below will be treated as General Unsecured Claims and will receive a minimum of 100% of the claims.

Respectfully submitted this 27th day of May, 2011.

**MCBRIDE & COLLIER, LLC**
**Thomas C. McBride, LLC, Member**

/s/Thomas C. McBride
THOMAS C. MCBRIDE (#09210), Member
301 Jackson Street, Suite 101
Alexandria, LA 71301
Phone: (318) 445-8800
Facsimile: (318) 445-8066